**No. 61173.**—Kolstrand Manufacturing Co. and Robert E. Landweer & Co., Inc., et al. *v.* United States, protests 279712–K, etc. (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon fishing lines the same in all material respects as those the subject of *J. M. P. R. Trading Corp. et al.* v. *United States* (43 C. C. P. A. 1, C. A. D. 600), the claim of the plaintiffs was sustained.

**No. 61174.**—Baar & Beards, Inc., et al. *v.* United States, protests 272864–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk wearing apparel similar in all material respects to that the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.